**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for
Yahoo, Inc., 701 First Avenue,
Sunnyvale, CA account records and
stored mail re: multiple email accounts

1:12-mj-43

UNDER SEAL - LEVEL I

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to extend the Order precluding Yahoo, Inc. from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts, jackripper772@ymail.com, klingkling200593@yahoo.com, bad.man1@yahoo.com, kwa2kg@yahoo.com, kendyphongzz@yahoo.com, barrylevin85@yahoo.com, dieterhellstorm@yahoo.com, mprk02@yahoo.co.uk, and cookiesexy35@yahoo.com, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of, or tampering with, evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo, Inc. shall not notify any person of the existence of the Search Warrant, for an additional period of ninety (90) days.

May 9, 2012

_____
Landya B. McCafferty
United States Magistrate Judge